UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

"IN ADMIRALTY"

| | |
|---|---|
| MARTIN ENERGY SERVICES LLC<br><br>VERSUS<br><br>M/V KIM M. BOUCHARD, bearing Official No. 1257372, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam* | CIVIL ACTION NO. 8:19-cv-02993-MSS-AAS<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) AND RULE C |

## NOTICE OF FILING

Complainant, Martin Energy Services LLC ("Martin Energy") by and through its undersigned counsel, gives notice of filing the attached proposed Warrant for Arrest In Rem.

Dated: December 6, 2019

                                          Respectfully submitted,

                                          /s/ *Jerrod M. Maddox*
                                          Jerrod M. Maddox (Fla. Bar No. 117820)
                                          Jones Walker LLP
                                          Miami Center, Suite 2600
                                          201 S. Biscayne Blvd.
                                          Miami, FL 33131-4341
                                          305-679-5700
                                          305-679-5710 (fax)
                                          Email: jmaddox@joneswalker.com


                                          AND

/s/ Grady S. Hurley
GRADY S. HURLEY (La. Bar #13913)
JEANNE L. AMY (La. Bar #37012)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8224
Facsimile: (504) 589-8224
Email: ghurley@joneswalker.com
jamy@joneswalker.com

*Counsel for Martin Energy Services LLC*