UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No. 8:19-cv-02993-MSS-AAS
"IN ADMIRALTY"

MARTIN ENERGY SERVICES LLC, Plaintiff,

v.

M/V KIM M. BOUCHARD, bearing Official No. 1257372, her tackle, furniture, apparael, appurtenances, etc., *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam* Defendant.

**WARRANT FOR ARREST IN REM**

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

The complaint in the above-styled in rem proceeding was filed in the Tampa Division of this Court on December 5, 2019.

In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, the M/V KIM M. BOUCHARD, Official No. 1257372, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at _____, Florida, this _____ day of December, 2019.

CLERK

By: _____
Deputy Clerk

Jerrod M. Maddox (Fla. Bar No. 117820)
Jones Walker LLP
Miami Center, Suite 2600
201 S. Biscayne Blvd.
Miami, FL 33131-4341
305-679-5700
305-679-5710 (fax)
Email: jmaddox@joneswalker.com

{N3932708.1}

AND

Grady S. Hurley (La. Bar #13913)
Jeanne L. Amy (La. Bar #37012)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:    (504) 582-8224
Facsimile:    (504) 589-8224
Email: ghurley@joneswalker.com
           jamy@joneswalker.com

Counsel for Martin Energy Services LLC

cc:  Counsel of Record

SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

{N3932708.1}